**In re: ASBESTOS LITIGATION.**

**James Flanagan; David H. Middleton; Edee Cochran; Esteban Yanez Ortiz; John R. Allgood; Henry William Evers; Lester Eugene Taylor; Safety National Casualty Corporation; Appellants,**

**v.**

**Gerald Ahearn; James McAdams Dennis; Charles W. Jeep; James Drake; Juanita Drake; James Ellison; Roland Dearborn; Judith Dearborn; Kerwin Butcher; Dir., Workers Comp., Director, Office of Workers' Compensation Programs, U.S. Dept. of Labor; Paul Cochran; Ida Beck; Marion Behee; Longshore Intervenor; William James Mitchell; Fibreboard Corporation; Bethlehem Steel Corporation; Continental Casualty Company; Pacific Indemnity; Francis McGovern; Owens–Illinois Inc.; Penn Mutual Life Insurance Company; Columbia Casualty Company; CNA Casualty Company of California; Celotex Corp.; Daniel Herman Rudd, Jr., on behalf of themselves and others similarly situated; Beverly White, on behalf of themselves and others similarly situated; John Hansel, on behalf of themselves and others similarly situated, Appellees.**

No. 95–40635.

United States Court of Appeals,
Fifth Circuit.

Aug. 3, 1999.

Leonard C. Jaques, Michael J. Connor, The Jaques Admiralty Law Firm, Detroit, MI, for Appellants.

Elihu Inselbuch, Caplin & Drysdale, New York City, Steven Kazan, Kazen, McClain, Edises, Simon & Abrams, Oakland, CA, for Appellees Ahearn, Dennis, Jeep, Ellison and Mitchell.

Joseph F. Rice, Ness, Motley, Loadholt, Richardson & Poole, Charleston, SC, Peter Van Lockwood, Caplin & Drysdale, Chartered, Washington, DC, Joseph B. Cox, Jr., Cox & Cox, Sullivan's Island, SC, Harry Fred Wartnick, Wartnick, Chuber, Harowitz, Smith & Tigerman, San Francisco, CA, Charles Sanders McNew, Weitz & Luxemberg, New York City, for Appellees Ahearn, Dennis, Jeep and Ellison.

Eric D. Green, Boston, MA, for Dennis and Jeep.

Bruce L. Ahnfeldt, Napa, CA, for Juanita Drake.

Clinton A. Krislov, Krislov & Associates, Chicago, IL, Ronald W. Lupton, Stinson, Lupton & Weiss, Bath, ME, for Roland and Judith Dearborn, Butcher and Longshore Intervenor.

Michael Scott Hertzig, Washington, DC, for Dir., Workers Comp.

Frederick M. Baron, Dallas, TX, for Cochran, Beck and Behee.

Stephen M. Snyder, Kelly C. Wooster, William R. Irwin, James L. Miller, Brobeck, Phleger & Harrison, San Francisco, CA, for Fibreboard Corp.

Herbert Maurice Wachtell, Meyer G. Koplow, Wachtell, Lipton, Rosen & Katz, New York City, Donald T, Ramsay, David M. Rice, Rodney L. Eshelman, Carroll, Burdick & McDonough, San Francisco, CA, for Continental Cas. Co., Columbia Cas. Co. and CNA Cas Co. of Cal.

Billy Glynn Parker, Ireland, Carroll & Kelley, Tyler, TX, for Continental Cas. Co.

Paul J. Bschorr, Richard B. Sypher, Dewey Ballantine, New York City, for Pacific Indemnity.

Richard L. Josephson, Baker & Botts, Houston, TX, Robert B. Shaw, Nelson, Mullins, Riley & Scarborough, L.L.P., Columbia, SC, for Owens–Illinois Inc.

Gary A. Bresee, Barger & Wolen, San Francisco, CA, for Penn Mut. Life Ins. Co.

Stuart Philip Ross, Ross, Dixon & Masback, Washington, DC, for Columbia Cas. Co. and CNA Cas. Co. of California.

Charles P. Schropp, Schropp, Buell & Elligett, Tampa, FL, for Celotex Corp.

Anne W. Bloom, Arthur H. Bryant, Trial Lawyers for Public Justice, Washington, DC, for Trial Lawyers for Public Justice.

Jeffrey Robert White, Pamela A. Liapakis, Associated Trial Lawyers of America, Washington, DC, for Association of Trial Lawyers of America.

James L. Kimble, Craig A. Berrington, David F. Snyder, American Ins. Ass'n, Washington, DC, for American Ins. Ass'n, Amicus Curiae.

Scott McCullen Baldwin, Baldwin & Baldwin, Marshall, TX, for Asbestos Victims of America, Amicus Curiae.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES.

Before REAVLEY, DAVIS and SMITH, Circuit Judges.

PER CURIAM:

Having received the Supreme Court's mandate in this case, we VACATE and REMAND the judgment of the district court for further proceedings consistent with the Supreme Court's opinion in *Ortiz v. Fibreboard Corporation, et al.*, 527 U.S. ——, 119 S.Ct. 2295, —— L.Ed.2d —— (1999).